**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| LARRY D. BROWN, | Case No. 2:25-cv-02074-APG-DJA |
|---|---|
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| PORTILLO, et al., | |
| Respondents. | |

This matter is before me on Petitioner's first unopposed motion for an extension of time to file an amended petition. ECF No. 10. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER that the unopposed motion for extension of time (ECF No. 10) is GRANTED. Petitioner has through June 26, 2026, to file his amended petition.

Dated: April 30, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE