**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LARRY D. BROWN,

Petitioner,

v.

PORTILLO, et al.,

Respondents.

Case No. 2:25-cv-02074-APG-DJA

**EXTENSION ORDER**

In this habeas action, the petitioner Larry D. Brown requests a 60-day extension of time to file an amended petition for a writ of habeas corpus. ECF No. 12. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER:

1. The petitioner's Unopposed Motion to Extend Time to File Amended Petition (Second Request) **[ECF No. 12]** is **granted**.
2. The petitioner has **through August 25, 2026**, to file an amended petition for a writ of habeas corpus.

Dated: July 16, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE