**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LARRY D. BROWN,

Petitioner,

v.

PORTILLO, et al.,

Respondents.

Case No. 2:25-cv-02074-APG-DJA

**EXTENSION ORDER**

In this habeas action, the petitioner Larry D. Brown filed a motion requesting a 62-day extension of time to file an amended petition for a writ of habeas corpus. ECF No. 14. Although Respondents do not oppose a reasonable extension based on workload, they object to Brown engaging in new investigation in circumvention of Rule 6 of the Rules Governing § 2254 Cases requiring leave to conduct discovery. ECF No. 15. Brown asserts he is diligently investigating this case, including the possibility of innocence. ECF No. 14. I find the request for an extension of time to file an amended petition is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1. If Brown wishes to move for leave to conduct discovery, he must file such motion concurrently with, but separate from, the response to a motion to dismiss or the reply to an answer.

I THEREFORE ORDER:

1. The petitioner's Unopposed Motion to Extend Time to File Amended Petition (Third Request) **[ECF No. 14]** is **granted**.
2. The petitioner has **through October 26, 2026**, to file an amended petition.

Dated: September 15, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE